IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,                                                           PLAINTIFF

vs.                                                     No.      4:07CV00000497 JMM

$ 462,926.73 IN U.S. CURRENCY                                                       DEFENDANT

ORDER

Presently before the Court is the unopposed Motion to Stay. The above styled matter is a civil forfeiture action. There is an ongoing criminal prosecution related to this case in the Southern District of Florida. Because the civil forfeiture action could adversely affect the criminal prosecution, the United States' motion pursuant to 18 U.S.C. §981(g) should be granted.

IT IS THEREFORE ORDERED that the government's Motion to Stay be, and it is hereby, GRANTED. This matter will be held in abeyance pending further order of this Court and the Scheduling Order is hereby suspended. The government is directed to file a status report on the ongoing criminal prosecution related to this case on, or before, October 1, 2007.

IT IS SO ORDERED THIS  4  day of June, 2007.

James M. Moody
UNITED STATES DISTRICT JUDGE

Dockets.Justia.com