IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA,                                            PLAINTIFF

vs.                                  No. 4:07CV00000497 JMM

$ 462,926.73 IN U.S. CURRENCY                                        DEFENDANT

ORDER

The Government is directed to file a status report on the ongoing criminal prosecution related to this case on, or before, April 23, 2008.

IT IS SO ORDERED this 16th day of April 2008.

_____
James M. Moody
United States District Judge