IN THE UNITED STATES OF ARKANSAS
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                              NO. 4:07CV00497 BSM

$462,926.73 IN UNITED STATES CURRENCY                    DEFENDANT

## ORDER

On motion of the United States, for good cause shown, the stay is hereby lifted.

IT IS SO ORDERED this 16th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE

-1-