**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS**

**UNITED STATES OF AMERICA**

v.     CIVIL NO. 4:07CV00497 BSM

**$ 462,926.73 IN UNITED STATES CURRENCY**

## JUDGMENT

The United States, William Lavenia, and Yasmin Gambetti, the claimants to the $462,926.73, have filed a Settlement Agreement in this matter agreeing to the judgment as set forth herein:

1. Judgment is entered for the United States in the amount of $231,463.36 and the property is condemned as forfeited to the United States of America. The defendant property shall be turned over to the United States Marshal and disposed of according to law.

2. The defendant property in the amount of $231,463.37 shall be returned to William Lavenia and Yasmin Gambetti. The interest earned on the funds has previously been paid to the Claimants.

3. Payment of the funds to the Claimants shall be made payable to William Lavenia, Yasmin Gambetti together with their attorney Lawrence J. Kerr.

4. Each side agrees to bear its own costs and attorneys fees.

5. Upon approval of this Judgment, the United States will submit a Decree of Forfeiture.

IT IS SO ORDERED THIS 1st day of October, 2008.

                                        _____
                                        BRIAN S. MILLER, DISTRICT JUDGE
                                        UNITED STATES DISTRICT COURT